**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JULIA NELSON                                                                           PLAINTIFF
ADC #710619

V.                                          NO: 4:12CV00598 JMM

JOHN FELTS                                                                           DEFENDANT

## <u>JUDGMENT</u>

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice;

the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from

the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 2nd day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE